**UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number    CR97-20039RMW |
| Plaintiff, | |
| vs | ORDER OF DETENTION PENDING |
| | TRIAL |
| HECTOR ALVAREZ | |
| Defendant. | |
| _____/ | |

**FILED**

JUN 2 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a revocation of release hearing was held on June 28, 2012. Defendant was present, represented by his attorney Cynthia Lie AFPD. The United States was represented by Assistant U.S. Attorney Tom O'Connell.

The government established through clear and convincing evidence that defendant had violated the conditions of his release, and the court finds that his is unlikely to abide by any condition or combination of conditions.

Accordingly, defendant's release is revoked and he is ordered detained.

Dated: 6/28/12

HOWARD R. LLOYD

United States Magistrate Judge