*E-FILED - 2/12/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HECTOR ALVAREZ,<br><br>  Defendant. | NO. CR-97-20039-RMW<br><br>ORDER REQUIRING RESPONSE |

Defendant Hector Alvarez has moved to reduce his sentence from 108 months to 70 months for his conviction for conspiracy to possess heroin with the intent to distribute. The court hereby requests the Probation Department, United States Attorney's Office and defense counsel meet and confer regarding the motion. If all agree, they can submit the new recommended sentence to the court for consideration. If they disagree, they should send their respective proposed sentences with a brief explanation of their positions on the motion. The parties responses are to be filed by March 13, 2015.

DATED: February 12, 2015

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

*Copy of Order E-Filed to Government and Defense Counsel on 2/12/15:*

*Copy of Order Mailed to Defendant on 2/12/15:*

Hector Alvarez
Reg. #: 00604-111
Moshannon Valley Correctional Center
5555 Geo Drive
Philipsburg, PA 16866

*Copy of Order Mailed on 2/12/15 to:*

Joshua Sparks
Supervisory Probation Officer - SJ