1  STEVEN G. KALAR
   Federal Public Defender
2  GABRIELA A. BISCHOF
   Assistant Federal Public Defender
3  450 Golden Gate Avenue, 19th Floor
   San Francisco, CA 94102
4  Telephone:   415.436.7700
   Facsimile:   415.436.7706
5  Email:       Gabriela_Bischof@fd.org

6  Counsel for Defendant

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA          | No. CR 97-20039 RMW

13 |         Plaintiff,

14 |    v.                             | **STIPULATION AND []**
                                        **ORDER REGARDING SENTENCE**
15 | HECTOR ALVAREZ,                   | **REDUCTION UNDER U.S.S.G. § 1B1.1(b)**
                                        **AND AMENDMENT 782**
16 |         Defendant.

17

18

19     **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

20  through their respective counsel, that:

21  1.    Defendant is making an unopposed motion for modification of his sentence pursuant to

22        18 U.S.C. § 3582(c)(2).

23  2.    Defendant's original guideline calculation was as follows:

24        Total Offense Level: 28

25
          Criminal History Category:  III
26
          Guideline Range: 97 to 121 months
27

28
   *3582 STIP,* CR 97-20039 RMW
   DEF. ALVAREZ                          1

Mandatory Minimum: 60 months

3. Defendant was sentenced to 108 months imprisonment on December 3, 2012.

4. According to the Bureau of Prisons, Defendant's current projected release date is June 10, 2021.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 26

Criminal History Category: III

Guideline Range: 78 to 97 months

Mandatory Minimum: 60 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's term of custody to 87 months**, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

| April 10, 2015 | s/ |
|---|---|
| DATED | MELINDA L. HAAG |
|  | United States Attorney |
|  | J. DOUGLAS WILSON |
|  | Assistant United States Attorney |
|  | Northern District of California |

| April 10, 2015 | s/ |
|---|---|
| DATED | STEVEN G. KALAR |
|  | Federal Public Defender |
|  | GABRIELA A. BISCHOF |
|  | Assistant Federal Public Defender |
|  | Northern District of California |

**IT IS SO ORDERED.**

| ïœ�ï | *Ronald M. Whyte* |
|---|---|
| DATED | Ronald M. Whyte |
|  | United States District Judge |

*3582 STIP*, CR 97-20039 RMW
DEF. ALVAREZ                            3